[No. 22443–3–I.   Division One.   July 24, 1989.]

KATHLEEN R. CLYDE, ET AL, *Appellants,* v. BOB
ROEGNER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 88–2–07912–9, Marsha J. Pechman, J., entered
June 6, 1988. *Affirmed* by unpublished opinion per Williams, J. Pro Tem., concurred in by Coleman, C.J., and
Pekelis, J.

[No. 21777–1–I.   Division One.   July 24, 1989.]

ACE GALVANIZING, INC., *Respondent,* v. MICHAEL J.
SPARLING, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 85–2–21049–2, Herbert M. Stephens, J.,
entered January 20, 1988. *Affirmed* by unpublished opinion
per Pekelis, J., concurred in by Coleman, C.J., and Swanson, J.

[No. 22223–6–I.   Division One.   July 24, 1989.]

AMERICAN MEMORIAL SERVICES, INC., *Plaintiff,* v. KENT
HIGHLANDS, INC., *Respondent,* ENVIRONMENTAL
RESEARCH AND DEVELOPMENT COMPANY,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 81–2–16311–4, Lloyd W. Bever, J., entered
April 12, 1988. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Coleman, C.J., and Scholfield, J.